IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 15-10906 |
| Charles James Dvorak ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

This is to certify that on the **16th** day of **April**, **2015**, a true and correct copy of Debtor's **Motion to Avoid Judicial Lien and Brief in Support and Notice of Opportunity for Hearing** [Document No. 12] filed on the **16th** day of **April, 2015** was served through the Court's CM/ECF electronic mail to the parties shown below:

John Hardeman, Chapter 13 Trustee

Assistant United States Trustee's Office

Further, this is to certify that on the **16th** day of **April**, **2015**, a true and correct copy of Debtor's **Motion to Avoid Judicial Lien and Brief in Support and Notice of Opportunity for Hearing** [Document No. 12] filed on the **16th** day of **April, 2015** was served via U.S. Mail, first class postage prepaid and properly addressed to the following party at the following address:

Capital One Bank
Love, Beal & Nixon, P.C.
PO Box 32738
Oklahoma City, OK 73123

Capital One Bank
Po Box 98873
Las Vegas, NV 89193

Capital One Bank
1680 Capital One Drive
McLean, VA 22102

Further, this is to certify that on **April 16th, 2015**, a copy of the above referenced document was served via U.S. Mail, certified mail, postage prepaid and properly addressed to the following registered agent:

Capital One Bank
1680 Capital One Drive
McLean, VA 22102

Dated this 16th day of April, 2015.

/s/  Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265
Storms Law Office, PC
2400 NW 23rd Street, Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
tearsastorms@gmail.com
Attorney for Debtor